F I L E D
CLERK, U.S. DISTRICT COURT
05/27/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DVE _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | SA CR No. 8:25-cr-00084-DOC |
|---|---|
| Plaintiff, | <u>I N F O R M A T I O N</u> |
| v. | [8 U.S.C. §§ 1326(a), (b)(1): Illegal Alien Found in the United States Following Deportation] |
| JOSE LUIS MARTINEZ-ZALVALA, aka "Jorge Ramirez Jr.," aka "Jorge Junior Ramirez," | |
| Defendant. | |

The United States Attorney charges:

[8 U.S.C. §§ 1326(a), (b)(1)]

On or about March 2, 2025, defendant Jose Luis Martinez-Zalvala, also known as ("aka") "Jorge Ramirez Jr.," aka "Jorge Junior Ramirez," an alien, who had been officially deported and removed from the United States on or about April 15, 2010, was found in Orange County, within the Central District of California, after knowingly and voluntarily re-entering and remaining in the United States without having obtained permission from the Attorney General or her designated successor, the Secretary for Homeland Security, to reapply for

1  admission to the United States following deportation and
2  removal.
3     Defendant's previously alleged deportation and removal from
4  the United States occurred subsequent to defendant's conviction
5  for the following felony:  Second Degree Robbery, a felony, in
6  violation of California Penal Code 211-212.5(c), on or about
7  October 22, 2009, in the Superior Court of California, County of
8  Orange, North Justice Center, in case number 09NF2023.

BILAL A. ESSAYLI
United States Attorney

CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division

*/s/ Lawrence E. Kole*

LAWRENCE E. KOLE
Assistant United States Attorney
Domestic Security and Immigration
Crimes Section

KEVIN Y. FU
Assistant United States Attorney