BILAL A. ESSAYLI
United States Attorney
CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division
KEVIN Y. FU (Cal. Bar No. 319465)
Assistant United States Attorney
Orange County Office
     United States Attorney's Office
     411 West 4th Street, Suite 8000
     Santa Ana, California 92701
     Telephone:     (714) 338-3576
     Facsimile:     (714) 338-3708
     E-mail:        Kevin.Fu@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>         v.<br><br>JOSE LUIS MARTINEZ-ZALVALA,<br> aka "Jorge Ramirez Jr.,"<br> aka "Jorge Junior Ramirez,"<br><br>         Defendant. | No. 8:25-CR-00084-DOC<br><br>[PROPOSED] ORDER RE: IMMEDIATE SENTENCING AT TIME OF GUILTY PLEA HEARING |
|---|---|

   For good cause shown, IT IS ORDERED THAT:

 1. The United States Probation and Pretrial Services Office ("USPO") shall prepare a presentence report ("PSR") limited to criminal history pursuant to the parties' request. This report shall be completed by close of business on Friday, June 6, 2025.
 2. If the limited PSR is received before close of business on Friday, June 6, 2025, the Court finds that there will be sufficient information in the record to enable the Court to exercise its sentencing authority meaningfully. Accordingly, if the USPO issues the PSR before close of business on Friday, June

6, 2025, the Court shall immediately proceed to sentencing if defendant enters a guilty plea at the June 9 hearing and it is accepted by the Court.

IT IS SO ORDERED.

_____        _____
  DATE                                  HONORABLE DAVID O. CARTER
                                        UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Kevin Y. Fu
KEVIN Y. FU
Assistant United States Attorney